**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01608-CV

### MIKE JABARY, Appellant

### V.

### CITY OF ALLEN, ET AL., Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01635-2012**

## ORDER

We **GRANT** appellant's July 1, 2013 agreed motion for an extension of time to file a

brief.  Appellant shall file his brief on or before August 2, 2013.

/s/     ELIZABETH LANG-MIERS
         JUSTICE